# NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### CA 04-346

**GRADY SPEARS,**
**(A PROFESSIONAL LAW CORPORATION)**
**VERSUS**
**CYNTHIA MARTIN HARRISON**
**AND DOUGLAS JEFFERY HARRISON**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**APPEAL FROM THE**
**FIFTEENTH JUDICIAL DISTRICT COURT**
**PARISH OF LAFAYETTE, NO. 20026394**
**HONORABLE EDWARD D. RUBIN, PRESIDING**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**SYLVIA R. COOKS**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and John B. Scofield\*, Judges.

**MOTION TO LIFT STAY DENIED.**

**CYNTHIA HARRISON and**
**DOUGLAS J. HARRISON**
**P.O. BOX 11765**
**SPRING, TX   77391**
**Telephone: (281) 255-2310**
**In Proper Person**

**STAN GAUTHIER, II**
**1001 West Pinhook Rd. Building 3, Suite 106**
**LAFAYETTE, LA 70503**
**Telephone:  (337) 234-7437**
**Counsel for Grady Spears**
**(A Professional Law Corporation)**

\*Judge JOHN B. SCOFIELD, participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.